IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NOEL RICARDO STEPHENS,** A#079-073-152, : | Civil No. 3:20-cv-1573 |
| Petitioner, : | |
| v. : | |
| **WILLIAM BARR, et al.,** : | |
| Respondents. : | Judge Sylvia H. Rambo |

### O R D E R

AND NOW, this 22nd day of April, upon consideration of the report and recommendation (Doc. 12) of Magistrate Judge Joseph Saporito, Jr., recommending the court dismiss the petition for a writ of habeas corpus (Doc. 1) of *pro se* plaintiff Noel Stephens for failure to pay the filing fee or to file a proper application to proceed *in forma pauperis* after the court placed Stephens on notice that failure to do so would result in dismissal of this action, (*see* Docs. 3 & 5), and it appearing that Stephens has not objected to the report, *see* FED. R. CIV. P. 72(b)(2), and the court noting that failure of a party to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level," *Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) (citing *Henderson v. Carlson*, 812 F.2d 874, 878-79 (3d Cir. 1987)), but that, as a matter of good practice, a district court should "afford some level of review to dispositive legal issues raised by the report," *Henderson*, 812 F.2d t 878; *see also Taylor v. Comm'r of Soc. Sec.*,

83 F. Supp. 3d 625, 626 (M.D. Pa. 2015) (citing *Univac Dental Co. v. Dentsply Int'l, Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010)), in order to "satisfy itself that there is no clear error on the face of the record," FED. R. CIV. P. 72(b), advisory committee notes, and, following independent review of the record, the court being in full agreement with the recommendation, and concluding that there is no clear error on the face of the record, it is hereby ORDERED that:

1. The report and recommendation (Doc. 12) of Magistrate Judge Saporito is ADOPTED.

2. The petition (Doc. 1) is DISMISSED without prejudice.

3. The Clerk of Court is directed to CLOSE the above-captioned action.

4. Any appeal from this order is deemed to be frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

                                                s/Sylvia H. Rambo
                                                United States District Judge